# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZULILY, LLC, et al.,<br><br>Defendants. | Case No.: CV 18-3071-DMG (PJWx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [164]** |

Based upon the parties' stipulation [Doc. # 164], AND FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The Court shall not award costs or attorneys' fees to either side for this action, such that the parties shall bear their own costs and attorneys' fees. The waiver of costs between Plaintiff, on the one hand, and all Defendants together on the other hand, shall not be deemed to affect any rights or claims between co-defendants, such as claims for indemnification.

IT IS SO ORDERED.

DATED: December 9, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE